AO 91 (Rev. 5/85) Criminal Complaint

**FILED**
FEB 1 0 2017
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

UNITED STATES OF AMERICA
V.

Luis MACHADO-Guifarro                59            **CRIMINAL COMPLAINT**

A087 897 497                                        CASE NUMBER: DR17-963M-01
Honduras

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___June 30, 2014___ in ___Maverick___ County, in the ___Western___ District of ___Texas___ defendant(s) did,(Track Statutory Language of Offense)

an alien, was found in the United States having been denied admission, excluded, deported, or removed from the United States at or near San Antonio, Texas on or about July 13, 2011 and that the defendant had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3), (4), and (557) to reapply for admission into the United States, being voluntarily in the United States

in violation of Title ___8___ United States Code, Section(s) ___1326___

I further state that I am a(n) ___Deportation Officer___ and that this complaint is based on the following facts:

That on or about June 30, 2014, the DEFENDANT, Luis MACHADO-Guifarro was arrested by the US Border Patrol in Eagle Pass, Texas for being an alien illegally in the United States and subsequently turned over to Immigration and Customs Enforcement, Enforcement and Removal Operations. Investigation and records of the Citizenship and Immigration Services reveal that the DEFENDANT was previously deported from the United States on or about July 13, 2011 through San Antonio, Texas. The DEFENDANT was found in the Western District of Texas without having obtained permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to reapply for admission after having been deported. The DEFENDANT is knowingly in the United States unlawfully.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Raquel Calderon
Signature of Complainant

Sworn to before me and subscribed in my presence,

February 10, 2017                              at   Del Rio, Texas
Date                                                City and State

Collis White
United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer